UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2017 FEB -8 AM 11:18

UNITED STATES OF AMERICA

v.

**DANIEL L. COUCH, JR.**

INDICTMENT

NO. 4:17CR-3-JHM

30 U.S.C. § 820(f)
18 U.S.C. § 1001(a)(2)

## INTRODUCTION

At all times material to this Indictment:

1. **DANIEL L. COUCH, JR.** was Chief of Maintenance at Paradise # 9 Mine, located at 297-A, State Route 2551, Bremen, Muhlenberg County, Kentucky 42325.

2. Paradise # 9 Mine was operated by KenAmerican Resources, a corporation established under the laws of the Commonwealth of Kentucky to mine coal at or near that facility.

The Grand Jury Charges:

## COUNT 1

3. The allegations of Paragraphs 1 and 2 are re-alleged and incorporated herein as if fully set out.

4. In order to prioritize the " health and safety of (the mining industry's) most precious resource – the miner," Congress passed Public Law 91-173, the Federal Mine Safety and Health Act of 1977, as amended by Public Law 95-164, and ordered the Secretary of Labor (hereinafter "the Secretary"), to develop "mandatory health and safety standards for the protection of life and prevention of injuries in coal and other mines" which, subsequent to commentary and review, become law and to which each operator and its agents must adhere. 30 U.S.C. §§ 801 and 811.

5. Among the mandatory health and safety standards promulgated by the Secretary is Title 30, Code of Federal Regulations, Part 75, Mandatory Safety Standards – Underground Coal Mines – Subpart F – Electrical equipment, which states, in part at Sections 75.512, 512-1 and 512-2, "All electric equipment shall be frequently examined, tested, and properly maintained by a qualified person to assure safe operating conditions . . . a record of such examinations shall be kept and made available to an authorized representative of the Secretary and to the miners in such mine . . . the examinations and tests required by (Subpart F) shall be made at least weekly."

6. On or about May 17, 2016, an Inspector from the United States Department of Labor, Mine Safety & Health Administration ("Inspector"), inspected the record book for fire suppression checks conducted on the belt drives for coal seam 11 ("OUTBY ELECTRICAL WEEKLIES"), at the original portal of Paradise #9 mine, which line contains seven separate belt drives at seven different locations, and which said inspection revealed that no fire suppression checks had occurred for the week of May 1 through 7, 2016.

7. On or about May 19, 2016, the Inspector returned to Paradise #9 mine and re-examined the record book for inspections for said belt drive for coal seam 11, at which time the book revealed that the aforesaid belt drives had been examined on May 7, 2016 by "D. Couch," and that no hazards had been observed.

8. On or about May 17, 2016, in the Western District of Kentucky, Muhlenberg County, Kentucky, **DANIEL L. COUCH, JR.**, defendant herein, did knowingly make a false statement in a record required to be maintained at a coal mine, that is, that an examination of electrical equipment had occurred of the belt drive of coal seam 11 at Paradise #9 Mine, between May 1 and 7, 2016, when in fact, it had not.

In violation of Title 30, United States Code, Section 820(f).

2

The Grand Jury further charges:

## COUNT 2

9. The allegations of Paragraphs 1 and 2 are re-alleged and incorporated herein as if fully set out.

10. On or about May 19, 2016, in the Western District of Kentucky, Muhlenberg County, Kentucky, **DANIEL L. COUCH, JR.,** defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to an inspector of the United States Department of Labor, Mine Safety & Health Administration, that he had been underground, and had made an inspection on the belt drive of coal seam 11 at Paradise #9 Mine on May 7, 2016, when the statement and representation was false, because the defendant had not been underground at the mine on that date, and had not conducted said inspection.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

**REDACTED**

_____
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:rr:12/27/2016

3

UNITED STATES OF AMERICA v. **DANIEL L. COUCH, JR.**

## PENALTIES

Counts 1 & 2:   NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:17CR-3-JHM

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Owensboro Division

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2017 FEB -8 AM 11: 18

THE UNITED STATES OF AMERICA
vs.

DANIEL L. COUCH, JR.

## INDICTMENT
**Title 30 U.S.C. § 820(f);**
**Title 18 U.S.C. § 1001(a)(2):**
Making a False Statement in a Record Required to be Maintained at a Coal Mine; Making a False, Fictitious, and Fraudulent Statement.

*A true bill.*

**REDACTED**

*Filed in open court this 8th day of February, 2017.*

Clerk

*Bail, $*