UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA,

v.  Criminal Case No. 4:17CR-3-JHM

DANIEL L. COUCH, JR.

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the defendant, Daniel L. Couch, by his counsel Mark E. Heath, and respectfully moves this Honorable Court to continue the May 2, 2017 trial due to a scheduling conflict. The undersigned counsel is scheduled to be out of the country from April 18, 2017 through May 5, 2017 for a church-related trip that has been prepaid and is non-refundable.

No speedy trial issues are applicable and counsel for the United States has no objection. The parties have conferred and submit to the Court that July 25, 2017 would be an appropriate date for the rescheduling of the trial, with all deadlines previously set forth in the Court's March 1, 2017 Order to be set according to the new trial date.

WHEREFORE, Defendant Couch respectfully requests that due to the unavailability of his local counsel on the scheduled trial date, this motion be granted for just cause and that the trial date be continued.

Respectfully submitted,

/s/ Mark E. Heath
Mark E. Heath (KY Bar No. 81783)
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25301
304.340-3843
304.340-3801 (fax)
mheath@spilmanlaw.com

IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA,

v.   Criminal Case No. 4:17CR-3-JHM

DANIEL L. COUCH, JR.

## CERTIFICATE OF SERVICE

I, Mark E. Heath, hereby certify that on March 3, 2017, I electronically filed the *Defendant's Unopposed Motion to Continue Trial* using the CM/ECF system, which will send notification of such filing to appropriate CM/ECF participants:

>Randy Ream
>U.S. Attorney's Office
>717 West Broadway
>Louisville, KY 40202
>Randy.Ream@usdoj.gov

>/s/ Mark E. Heath
>Mark E. Heath (KY State Bar No. 81783)